FILED
November 20, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

RECEIVED
NOV 2 0 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Cause No. 03-14-00512-CR

CRAE ROBERT PEASE
Appellant

v.

THE STATE OF TEXAS
Appellee

**WITHDRAWAL OF APPELLANT'S 2nd MOTION TO SUPPLEMENT THE RECORD
TO THE HONORABLE COURT OF APPEALS:**

On October 16, 2015, Crae Robert Pease, Appellant, filed a Motion to Supplement the Record in Support of Appellant's Brief, pursuant to Rule 10.1 and 10.2, Tex.R.App.Proc..

This cause was heard in the Travis County Court at Law No. 6 in August 11, 2014 under trial court Cause No. C-1-CR-13-220, styled *The State of Texas v. Crae Robert Pease.*

Appellant has completed his appeal without the additional transcript. Although it was germane to the issue, Appellant believes he already has enough issues to succeed on appeal and does not want further delay in his appeal.

WHEREFORE, PREMISES CONSIDERED, Appellant asks the Court to overlook his Motion for supplementation of the record with the Reporter's record of July 11, 2014, and proceed to appeal.

Respectfully submitted,

Crae Robert Pease
6715 Skynook Drive
Austin, Texas 78745

## CERTIFICATE OF CONFERENCE

On November 16, 2015, Appellant did not confer with William Swaim, attorney for Appellee, and as Mr. Swaim had responded that he had no objection to the extension of time and will not object to the withdrawal of the request.

Crae Robert Pease

## CERTIFICATE OF SERVICE

CERTIFICATE OF SERVICE

I hereby certify by my signature above that I have served a true and correct copy of the above and foregoing document n all counsel of record via electronic mail in accordance with the requirements of the Texas Rules of Civil Procedure, Rule 21a on this the 20th day of November, 2015